UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:23-cv-09219-RAO                                   Date: November 27, 2023

Title   Daniela Cordoba v. Chief of Police Michel Moore et al

Present: The Honorable:   Rozella A. Oliver, United States Magistrate Judge

| Elisa Quintero | N/A |
|---|---|
| Deputy Clerk | Court Recorder / Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (IN CHAMBERS)    ORDER TO SHOW CAUSE**

    This action was filed on November 1, 2023 by Daniela Cordoba ("Plaintiff) against Chief of Police Michel Moore et al ("Defendant"). On November 14, 2023 Defendant filed a Notice of Appearance in this matter. Plaintiff has not yet filed the required proof of service of the Summons and Complaint (See L.R. 73-2.2).

    The Court will consider the filing of the following, as an appropriate response to this OSC, on or before **December 4, 2023**:

- Proof of service of summons and complaint.

    In accordance with Rule 78 of the Federal Rules of Civil procedures and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

    **IT IS SO ORDERED.**

|  | : |
|---|---|
|  | Initials of Preparer    eq |